EDITH CROST and ANDREW CROST, Appellants, v. JOHN A. HAWKINS, as Receiver of Rents and Profits of the Premises 841 West 177th Street, New York City, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

ELSIE J. HUGHES, as Administratrix, etc., of the Estate of THOMAS L. HUGHES, Respondent, v. ELIZABETH A. HUGHES, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes for affirmance.

JULIUS SCHMID, INC., Respondent, v. MERLE L. YOUNGS and YOUNGS RUBBER CORPORATION, Appellants.— The matter pleaded in the second cause of action is so general that it cannot be said that it applies to plaintiff. (*Feely* v. *Vitagraph Co.*, 184 App. Div. 527.) It may be, however, that plaintiff is able to plead a proper cause of action. (*Gross* v. *Cantor*, 270 N. Y. 93.) Order modified by striking out the second cause of action, and as so modified affirmed, without costs, with leave to the plaintiff to serve an amended complaint within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERTHA HUBERT and NELLIE FISHER v. CARLL TUCKER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERTHA HUBERT and NELLIE FISHER v. CARLL TUCKER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSA ROSENFELD v. SAMUEL LEVINE and ROSE LEVINE, His Wife.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

FANNIE HECHT v. ISAAC T. FLATTO.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIE Z. HORNKOHL v. BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others. — Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ALBERENE STONE COMPANY v. GRINNELL COMPANY, INC., and THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Glennon and Untermyer, JJ.